### Commonwealth *v.* Smith, Appellant.

Argued March 21, 1964. *Jacob S. Richman,* with him *Mark Charleston,* for appellant; *Burton Satzberg,* Assistant District Attorney, with him *Thomas M. Reed,* Assistant District Attorney, *F. Emmett Fitzpatrick, Jr.,* First Assistant District Attorney, and *James C. Crumlish, Jr.,* District Attorney, for Commonwealth, appellee.

Order affirmed.

### Melnick, Appellant, *v.* American Mutual Insurance Company.

Argued March 21, 1964. *Samuel Melnick,* for appellant; *Joel Paul Fishbein,* with him *Sheldon Tabb,* for appellee.

Order affirmed.